UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :   INDICTMENT

       -v.-                :

ISAAC BRYAN,                  :   07 Cr.
   a/k/a "Keith Sylvester,"
                                         **07 CRIM. 638**
           Defendant.

- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From at least on or about August 1, 2005, up to and including the present, in the Southern District of New York and elsewhere, ISAAC BRYAN, a/k/a "Keith Sylvester," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and attempted to enter, and was found in, the United States, after having been removed from the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a).)


_/s/ [signature]_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 6 2007