ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :     A F F I R M A T I O N

        -v.-                     :     07 Cr. 638

ISAAC BRYAN,                     :
    a/k/a "Keith Sylvester,"
              Defendant.   :

- - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss:

        LEE RENZIN, pursuant to Title 28, United States Code, Section 1746, hereby affirms under penalty of perjury that:  I am an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; I am in charge of the above-entitled matter; and one ISAAC BRYAN a/k/a "Keith Sylvester", (NYSID# 0218959Q), the defendant, now incarcerated at the George Motchan Detention Center, 15-15 Hazen Street, East Elmhurst, New York 11370, has been charged in an Indictment with violating Title 8, United States Code, Section 1326(a).

        By this application, the Government seeks a writ of <u>habeas corpus ad prosequendum</u>, so that ISAAC BRYAN, the defendant, can be brought before this Court to be available for prosecution in the Indictment captioned <u>United States v. ISAAC BRYAN, a/k/a "Keith Sylvester"</u>, 07 Cr. 638.  No previous application for similar relief has been made.

        WHEREFORE, your deponent respectfully requests that a writ of <u>habeas corpus ad prosequendum</u> issue, directing the Warden

1

of the George Motchan Detention Center, the United States Marshal for the Southern District of New York, or any other authorized law enforcement officers, including but not limited to Senior Special Agent Thomas Kilbride of the Department of Homeland Security, Immigration and Customs Enforcement, to produce the above-named defendant as soon as the defendant is available to the custody of the Warden of the Metropolitan Correctional Center or the person in charge there, to be available for prosecution, and to appear as necessary thereafter in that case until ISAAC BRYAN shall have been discharged or convicted and sentenced.

_____
LEE RENZIN
Assistant United States Attorney
(212) 637-2723

Dated:    July 20, 2007
          New York, New York

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ISAAC BRYAN
    a/k/a "Keith Sylvester"

Defendant.

**AFFIRMATION**

07 Cr. 638

(Title 8, United States Code,
Section 1326(a))

Michael J. Garcia
United States Attorney.