**Federal Defenders**
**OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

October 24, 2007

**VIA FACSIMILE**: (212) 805-7901

Honorable Harold Baer
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007

Re:  **United States v. Isaac Bryan**
      07 Cr. 638 (HB)

Dear Judge Baer:

My client Isaac Bryan is scheduled to be sentenced by the Court tomorrow, October 25. I began a trial today before the Honorable Joseph M. Hood (Eastern District of Kentucky) in the matter of United States v. Anthony Harry, 07 Cr. 116 (JMH).

I write to request that the Court adjourn the sentencing until sometime next week. I have spoken with Assistant United States Attorney Lee Renzin and he informs me that the government consents to this request.

Respectfully submitted,

Mark Gombiner
Assistant Federal Defender
Tel.: (212) 417-8718

cc: Lee Renzin, Esq.

10/24/07 The rule is at least 48 hours notice & I assume you knew about this before yesterday - nonetheless with I will adjourn this to Wed Oct 31 - this was expedited at your behest - no more adjournments will be allowed - HAB

SO ORDERED
[signature]
USDJ

P.002

Endorsement:

    The rule is at least 48 hours notice and I assume you knew about this before yesterday - nonetheless I will adjourn this to Wednesday, October 31 - this was expedited at your behest - no more adjournments will be allowed - 11:00 A.M.