# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

- v -

ISAAC BRYAN,   Defendant.

Docket Number __07 Cr. 638 (HB)__

Honorable Harold Baer
(District Court Judge)

Notice is hereby given that __the defendant, Isaac Bryan__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]:   order [ ]:   other [ ]: _____
(specify)

entered in this action on __10/31/07__
(date)

Offense occurred after November 1, 1987    Yes [✓]   No [ ]

The appeal concerns:   conviction only [ ]:   sentence only [ ]:   conviction and sentence [✓].

Date: __November 8, 2007__

TO:
Lee Renzin, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Isaac Bryan
Reg.No. 60202-054-MDC

ADD ADDTIONAL PAGE IF NECESSARY

__Barry Leiwant, Esq.__
(Counsel for Appellant)

Address: __Federal Defenders of New York, Inc.__

__52 Duane Street - 10th Flor__

__New York NY 10007__

Telephone Number __(212) 417-8700__

(TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B

## ►QUESTIONNAIRE | ►TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
  [ ] Daily copy is available
  [ ] U.S. Attorney has placed order
  [ ] Other. Attach explanation

Prepare transcript of | Dates
[✓] Pre-trial proceedings  September 6, 2007
[ ] Trial
[✓] Sentence   October 31, 2007
[ ] Post-trial proceedings

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature _[signature]_    DATE __November 8, 2007__

## ► COURT REPORTER ACKNOWLEDGMENT
To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL