# MANDATE

SDNY (NYC)
07-CR-638
Baer

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------X

UNITED STATES OF AMERICA,

                        Appellee.

    -against-

**ISAAC BRYAN,**

                        Appellant.

------------------------------------X

**S T I P U L A T I O N**

**Dkt. No.   07-5021-cr**

UNITED STATES COURT OF APPEALS
FILED
APR 0 1 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

     It is hereby stipulated between the parties, with the approval

of appellant **Isaac Bryan** that the above-captioned appeal is

withdrawn.

Dated: *March 10* , 2008

*I BRYAN*

*R SYLVESTER*

*07K5069*

**ISAAC BRYAN**
       a/k/a Keith Sylvester
07-R-5069
Collins Correctional Facility
P.O. Box 340
Collins, NY 14034-0340

**DAVID A. LEWIS, ESQ.**
Federal Defenders of N.Y.
   Appeals Bureau
52 Duane Street, 10th Floor
New York, New York 10007
Tel. No.: (718) 407-7402

**LEE RENZIN, ESQ.**
Assistant U.S. Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Tel. No.:(718) 254-6157

**SO ORDERED:**

*4-1-08*
Date
A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *Yvonne Taylor*
DEPUTY CLERK

**FOR THE COURT:**
**CATHERINE O'HAGAN WOLFE,**
By: *Joy Fallek*

Joy Fallek, Administrative Attorney

**CERTIFIED:** *4-1-08*